# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

Clifford W. Taylor,
Chief Justice

131714

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ROCHELLE GILL, Personal Representative of
the Estate of JOHN GILL,
          Plaintiff-Appellant,

v

          SC: 131714
          COA: 267078
          Kalamazoo CC: 04-000597-NO

CITY OF KALAMAZOO,
          Defendant,

and

STACEY GEIK,
          Defendant-Appellee.

_____/

     On order of the Court, the application for leave to appeal the June 15, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

_____
Clerk

s1023